NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD A. ARZILLO,                    )
                                       )
            Appellant,                 )
                                       )
v.                                     )          Case No. 2D18-964
                                       )
GRETCHEN L. ARZILLO,                   )
                                       )
            Appellee.                  )
_____)

Opinion filed November 2, 2018.

Appeal from the Circuit Court for
Polk County; Harvey A. Kornstein,
Judge.

Mark A. Sessums of Sessums Law
Group, P.A., Lakeland (withdrew after
briefing), for Appellant.

Richard Arzillo, pro se.

Michael M. Brownlee of The Brownlee
Law Firm, P.A., Orlando, for Appellee.


PER CURIAM.


            Affirmed.


MORRIS, BADALAMENTI, and ATKINSON, JJ., Concur.